IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE: Regina Ireland

CASE NO: 4:17-bk-12745 J
Chapter 13

ORDER OF DISMISSAL
FOR FAILURE TO MODIFY

COMES NOW THE COURT, and finds that an Order was entered in the above styled case on February 08, 2022 requiring the debtor to file a modification within 15 days. The Order further provided for dismissal of the case upon the debtor's failure to timely file such modification. From the Court's records herein and from statements and arguments of counsel, the Court finds that no modification has been filed and, therefore, the case should be and hereby is, dismissed.

Date: 03/08/2022

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 03/08/2022

cc: Jack W Gooding, Trustee

Matthew D Mentgen (Ach)
6 Fair Hill Cir
Little Rock, AR  72205-4801

Regina Ireland
960 Links Drive
Apt 10
Jonesboro, AR  72404-0775

All Creditors

EOD: March 8, 2022