**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: REGINA IRELAND                                                                    Case No:   4:17-bk-12745 J

---

OBJECTION TO CONFIRMATION OF PLAN
AS MODIFIED POST-CONFIRMATION ON 6/16/22

---

   Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1.  11 U.S.C. 1322(a)(1).  The plan does not commit to the supervision and control of the Trustee funds sufficient for the execution of the plan. The proposed payments under the plan are insufficient to accomplish the purposes designated under the plan.

   Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

 Dated:  6/23/2022                                                                                            /s/  Jack W Gooding
                                                                                                    _____
                                                                                                            CHAPTER 13 TRUSTEE

**CERTIFICATE OF SERVICE**

   I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 6/23/2022, with sufficient postage to assure delivery to the following:

REGINA IRELAND
960 LINKS DRIVE
APT 10
JONESBORO, AR  72404-0775

Matthew D Mentgen (Ach) - Electronically by ECF

                                                                                                            /s/  Jack W Gooding
                                                                                                    _____
                                                                                                            CHAPTER 13 TRUSTEE